UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINA WESTBERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:18-cv-02868-MCE-DB<br><br>**ORDER** |

The Complaint in this matter is brought on behalf of Plaintiff Anna Westberg, a resident of Calaveras County, California. (Pl.'s Compl., Ex. A to ECF No. 1, ¶ 1). Plaintiff seeks damages as a result of defects, malfunctions, misadjustment, and/or nonconformities concerning her purchase of a new 2015 Dodge Ram from Defendant FCA US, LLC, a limited liability company doing business in Stanislaus County, California. Plaintiff's action was originally brought in Stanislaus County. On October 26, 2018, Defendant removed the matter to the Sacramento Division of this Court, alleging diversity of citizenship pursuant to 28 U.S.C. § 1332. Stanislaus County, however, is part of the Fresno Division of the United States Court for the Eastern District of California. See E.D. Local Rule 120(d).

1

Pursuant to Local Rule 120(f), any civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. The instant case was improperly removed to Sacramento, rather than to Fresno. Therefore this action will be transferred to the Fresno Division of the Court.

IT IS SO ORDERED.

Dated: October 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE